IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| KRISSIE MAE TREVINO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:16-CV-200-D |
| | § | |
| NANCY A. BERRYHILL, | § | |
| Acting Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

In this appeal from the decision of the Commissioner of Social Security denying plaintiff disability benefits, the United States Magistrate Judge on March 2, 2018 entered findings, conclusions, and a recommendation that the decision of the Commissioner be reversed and the matter be remanded to the Commissioner for further administrative action. No objections to the findings, conclusions, and recommendation have been filed of record.

The undersigned United States District Judge has made an independent examination of the record in this case. The findings, conclusions, and recommendation of the United States Magistrate Judge are hereby adopted, the Commissioner's decision denying plaintiff benefits is reversed, and the decision is remanded to the Commissioner for further proceedings consistent with the findings, conclusions, and recommendation of the magistrate judge.

**SO ORDERED**.

March 22, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE